THE FITZGERALD MANUFACTURING COMPANY, Respondent, *v.* MOLLIE K. ALEXANDER, Appellant.

*Appeal — order unanimously reversing order granting motion to vacate and set aside judgment and denying said motion not appealable as of right to Court of Appeals.*

*Fitzgerald Manfg. Co.* v. *Alexander*, 200 App. Div. 164, appeal dismissed.

(Argued November 20, 1922; decided December 5, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1922, which reversed an order of Special Term granting a motion to vacate and set aside a judgment entered by default in plaintiff's favor and denied said motion.

*Tobias A. Keppler, I. Maurice Wormser* and *John E. Leddy* for appellant.

*James N. MacLean* and *Chester T. Krouse* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.